**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**NET CHOICE, LLC,**
Plaintiff

**vs.**

**DAVE YOST,**
Defendant

**NOTICE**

**Case No. 2:24-cv-47**
**JUDGE SARAH D. MORRISON**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place: United States District Court
Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, Ohio 43215

**In ChambersChambers**
**In Person**
**January 8, 2024, at 2:00 p.m.**

TYPE OF PROCEEDING: **Informal Conference Pursuant to Local Rule 65.1**

**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**

DATE: January 5, 2024,

s/ Maria Rossi Cook
(By) Maria Rossi Cook, Deputy Clerk

To: Counsel served electronically via CM/ECF