# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| NETCHOICE, LLC, | : |
| | : |
| Plaintiff, | : Case No. 2:24-cv-0047 |
| | : |
| v. | : Chief Judge Algenon L. Marbley |
| | : |
| DAVE YOST, in his official capacity as Ohio Attorney General, | : Magistrate Judge Elizabeth Preston Deavers |
| | : |
| Defendant. | : |

## COURTROOM MINUTES

**Preliminary Injunction Hearing**
**Wednesday, February 7, 2024 at 9:30 a.m.**
**before Chief Judge Algenon L. Marbley**

Counsel for Plaintiff:        Stephen P. Lehotsky
                              Joshua P. Morrow
                              Matthew H. Rice

Counsel for Defendant:        Stephen P. Tabatowski
                              Julie M. Pfeiffer

Court Reporter:               Shawna Evans

Courtroom Deputy:             Diane Stash

Mr. Lehotsky and Mr. Tabatowski presented oral argument and responded to questions from the Court relating to the Motion for Preliminary Injunction that has been filed in this matter.

The Court indicated that a written decision will be forthcoming and that further briefing is not needed. Court was adjourned at 11:10 a.m.