IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| NETCHOICE, LLC, | ) |
| *Plaintiff*, | ) ) Case No. 2:24-cv-00047 |
| v. | ) ) Chief Judge Algenon L. Marbley |
| DAVE YOST, in his official capacity as Ohio Attorney General, | ) ) Magistrate Judge Elizabeth Preston Deavers |
| *Defendant*. | ) ) |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Pursuant to Local Rule 83.4(b), PLEASE TAKE NOTICE that Michael C. Cotton hereby withdraws his appearance as counsel for Plaintiff NetChoice, LLC and respectfully requests that the Court's docket in the above-captioned case be updated accordingly. Mr. Cotton will no longer be practicing law at Lehotsky Keller Cohn LLP. Written notice of this filing has been provided to Plaintiff and to counsel for Defendant. Plaintiff will continue to be represented by the Sperling & Slater, LLC and Lehotsky Keller Cohn LLP counsel identified in the signature block below.

Dated: April 9, 2024

*s/ Michael C. Cotton*
by *s/ Steven P. Lehotsky*
Michael C. Cotton*

Respectfully submitted,

Matthew H. Rice (97290)
   *Trial Attorney*
SPERLING & SLATER, LLC
55 W. Monroe Street, 32nd Floor
Chicago, Il 60603
Tel: (312) 641-3200
Fax: (312) 641-6492
mrice@sperling-law.com

*s/ Steven P. Lehotsky*
Steven P. Lehotsky*
Scott A. Keller*
Jeremy Evan Maltz*
LEHOTSKY KELLER COHN LLP
200 Massachusetts Avenue, NW, Suite 700
Washington, DC 20001
(512) 693-8350
steve@lkcfirm.com
scott@lkcfirm.com
jeremy@lkcfirm.com

Joshua P. Morrow*
Alexis Swartz*
LEHOTSKY KELLER COHN LLP
408 W. 11th Street, 5th Floor
Austin, TX 78701
(512) 693-8350
josh@lkcfirm.com
alexis@lkcfirm.com

Jared B Magnuson*
LEHOTSKY KELLER COHN LLP
3280 Peachtree Road NE
Atlanta, GA 30305
(512) 693-8350
jared@lkcfirm.com

**admitted pro hac vice*

*Attorneys for Plaintiff NetChoice, LLC*

## CERTIFICATE OF SERVICE

I certify that on April 9, 2024, the foregoing was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/ Jeremy Evan Maltz*
Jeremy Evan Maltz
