# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**NETCHOICE, LLC,**

    **Plaintiff,**

vs.

**DAVE YOST,**

    **Defendant.**

Case No. 2:24-cv-0047
Chief Judge Algenon L. Marbley
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court for consideration of the Notice of Withdrawal and Substitution of Counsel. (ECF No. 38.) Attorney Michael C. Cotton purports to withdraw as Plaintiff's co-counsel in this action.

The subject Notice is ineffective, however, because it fails to comply with Southern District of Ohio Local Civil Rule 83.4, which states in pertinent part that "[n]o attorney of record may withdraw . . . without first:. . . obtaining leave of Court." S.D. Ohio Civ. R. 83.4(b). The subject Notice, however, does not seek leave for Attorney Cotton to withdraw. (ECF No. 36.)[1]

Regardless, construing the Notice as a Motion to Withdraw, the Motion is **GRANTED**. Attorney Michael C. Cotton is **WITHDRAWN** as co-counsel for Plaintiff.

    **IT IS SO ORDERED.**

**Date: April 11, 2024**                     */s/ Elizabeth A. Preston Deavers*
                                                     **ELIZABETH A. PRESTON DEAVERS**
                                                     **UNITED STATES MAGISTRATE JUDGE**

---

[1] The Notice also is not signed by Plaintiff's trial attorney Matthew H. Rice. *See* S.D. Ohio Civ. R. 83.5(a).