**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **NETCHOICE, LLC,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Case No. C2-24-cv-47** |
| **v.** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| **DAVE YOST,** | : | |
| | : | **Magistrate Judge Deavers** |
| **Defendant.** | : | |

**ORDER RESETTING TIME FOR ORAL ARGUMENT
ON MOTIONS FOR SUMMARY JUDGMENT**

Counsel shall carefully read this Order, note the time reset for oral argument, and adhere to all of the requirements herein.

Counsel for the parties are to appear before this Court for oral argument on the Motions for Summary Judgment on **Wednesday, March 12, 2025 at 4:15 p.m.** in Court Room 1, Room 331 of the U. S. Courthouse located at 85 Marconi Boulevard, Columbus, Ohio. Upon arrival, counsel will enter their appearance with the Court Reporter and the Courtroom Deputy Clerk before the start of the opening session of the hearing or any other proceeding before the Court.

Oral argument in this case may not be continued by stipulation of the parties or counsel, but only by an order of the Court on good cause shown. Any request for a continuance should be made promptly after the reason for seeking the continuance becomes known.

Counsel should be prepared to argue for twenty (20) minutes. The movant will argue first and will have the option of reserving up to five (5) minutes for rebuttal.

Counsel should prepare for oral argument with the knowledge that this Court has already studied the memoranda related to summary judgment. Reading from briefs, decisions or the record is not recommended except in unusual circumstances. Counsel should be prepared to answer questions raised by the Court.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**United States District Court Judge**

**DATED: February 10, 2025**