**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NETCHOICE, LLC, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:24-cv-0047 |
| | : | |
| v. | : | Judge Algenon L. Marbley |
| | : | |
| DAVE YOST, in his official capacity as Ohio Attorney General, | : | Magistrate Judge Elizabeth Preston Deavers |
| | : | |
| Defendant. | : | |

**COURTROOM MINUTES**

Oral Argument on Motions for Summary Judgment
Wednesday, March 12, 2025, at 4:15 p.m.
before District Judge Algenon L. Marbley

| | |
|---|---|
| Counsel for Plaintiff NetChoice, LLC: | Jeremy Maltz |
| | Matthew Rice |
| Counsel for Defendant Dave Yost: | Stephen Tabatowski |
| | James Reising |
| Court Reporter: | Shawna Evans |
| Courtroom Deputy: | Diane Stash |

Mr. Tabatowski and Mr. Maltz presented oral argument and responded to questions from the Court relating to the pending Motions for Summary Judgment.

The Court indicated that a written decision will be forthcoming and that further briefing is not needed. The hearing concluded at 5:15 p.m.