# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| NETCHOICE, LLC, | ) |
| *Plaintiff*, | ) Case No. 2:24-cv-00047 |
| v. | ) Judge Algenon L. Marbley |
| DAVE YOST, in his official capacity as Ohio Attorney General, | ) Magistrate Judge Elizabeth Preston Deavers |
| *Defendant*. | ) |

## PLAINTIFF NETCHOICE'S UNOPPOSED MOTION TO EXTEND TIME TO REQUEST ATTORNEY'S FEES AND COSTS

Plaintiff NetChoice respectfully moves the Court to indefinitely extend NetChoice's deadline to move for attorney's fees and seek taxation of costs under Federal Rule of Civil Procedure 54 and Southern District of Ohio Civil Rules 54.1 and 54.2 until after the Sixth Circuit's appellate mandate issues. NetChoice's counsel conferred with Defendant's counsel, and Defendant does not oppose the relief requested in this Motion.

On April 16, 2025, the Court granted NetChoice's motion for summary judgment, denied Defendant's cross-motion for summary judgment, and entered judgement for NetChoice. ECF Nos. 56-57. The entry of judgment triggered the 45-day period – expiring June 2, 2025 – for NetChoice to move for an award of attorney's fees and to request taxation of costs. S.D. Ohio Civ. R. 54.1, 54.2. On May 12, 2025, Defendant appealed this Court's judgment. ECF No. 59.

Because Defendant has appealed, it would serve both party and judicial economy to extend NetChoice's deadlines to seek attorney's fees and costs until after final resolution of the appeal. Within two weeks of the Sixth Circuit's appellate mandate issuing, NetChoice will file a status update with the Court.

Accordingly, NetChoice respectfully requests that this Court indefinitely extend NetChoice's deadline to request attorney's fees and costs, pending the Sixth Circuit's decision and appellate mandate.

Dated: May 14, 2025　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Matthew H. Rice
　　　　　　　　　　　　　　　　　　　　　Matthew H. Rice (97290)
　　　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　　SPERLING KENNY NACHWALTER, LLC
　　　　　　　　　　　　　　　　　　　　　321 N. Clark Street
　　　　　　　　　　　　　　　　　　　　　25th Floor
　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60654
　　　　　　　　　　　　　　　　　　　　　Tel: (312) 641-3200
　　　　　　　　　　　　　　　　　　　　　Fax: (312) 641-6492
　　　　　　　　　　　　　　　　　　　　　mrice@sperlingkenny.com

Joshua P. Morrow*　　　　　　　　　　　　Steven P. Lehotsky*
Alexis Swartz*　　　　　　　　　　　　　　Scott A. Keller*
LEHOTSKY KELLER COHN LLP　　　　　　　　Jeremy Evan Maltz*
408 W. 11th Street, 5th Floor　　　　　　LEHOTSKY KELLER COHN LLP
Austin, TX 78701　　　　　　　　　　　　　200 Massachusetts Avenue, NW, Suite 700
(512) 693-8350　　　　　　　　　　　　　　Washington, DC 20001
josh@lkcfirm.com　　　　　　　　　　　　　(512) 693-8350
alexis@lkcfirm.com　　　　　　　　　　　　steve@lkcfirm.com
　　　　　　　　　　　　　　　　　　　　　scott@lkcfirm.com
Jared B. Magnuson*　　　　　　　　　　　　jeremy@lkcfirm.com
LEHOTSKY KELLER COHN LLP
3280 Peachtree Road NE　　　　　　　　　　*(admitted pro hac vice)
Atlanta, GA 30305
(512) 693-8350
jared@lkcfirm.com

　　　　　　　　　　　*Attorneys for Plaintiff NetChoice, LLC*

## CERTIFICATE OF SERVICE

I, Matthew H. Rice, an attorney, certify that on May 14, 2025, I caused Plaintiff NetChoice's Unopposed Motion to Extend Time to Request Attorney's Fees and Costs to be filed with the Court's CM/ECF system and thereby served upon the following registered users of that system:

Julie M. Pfeiffer
James P. Reising
Stephen P. Tabatowski
Ohio Attorney General
Constitutional Offices Section
30 E. Broad Street, 16th Floor
Columbus, OH 43215

Mathura Jaya Sridharan
Ohio Attorney General
Office of Solicitor General
30 E. Broad Street, 17th Floor
Columbus, OH 43215

*/s/ Matthew H. Rice*