Case No. 25-3371

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

NETCHOICE, LLC

Plaintiff - Appellee

v.

DAVID ANTHONY YOST, in his official capacity as Ohio Attorney General

Defendant - Appellant

BEFORE: BATCHELDER, CLAY, and RITZ, Circuit Judges.

Upon consideration of motion to stay mandate,

It is **ORDERED** that the mandate be stayed to allow NetChoice, LLC time to file a petition for a writ of certiorari, and thereafter until the Supreme Court disposes of the case, but shall promptly issue if the petition is not filed within ninety days from the date of final judgment by this court.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: August 17, 2026

**United States Court of Appeals for the Sixth Circuit**

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 08/17/2026.

**Case Name:** NetChoice, LLC v. David Yost
**Case Number:** 25-3371

**Docket Text:**
ORDER filed granting motion to stay mandate [7575965-2] filed by Ms. Erin Murphy.. Alice M. Batchelder, Circuit Judge; Eric L. Clay, Circuit Judge and Kevin G. Ritz, Circuit Judge.

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

**A copy of this notice will be issued to:**

Mr. Robert L. Corn-Revere
Mr. Kevin A. Golembiewski
Mr. Zachery P. Keller
Mr. Steven Paul Lehotsky
Mr. Aaron David Mackey
Ms. Erin Murphy
Mr. Richard W. Nagel
Mr. Matthew Huntley Rice
Mr. James Emory Smith Jr.
Mr. D. Gill Sperlein
Ms. Mathura Jaya Sridharan
Mr. James Y. Xi